UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TOPOLEWSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION, a Delaware Corporation; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company; and DOES 1-10,<br><br>Defendants. | CASE NO.  CV 20-6019-GW-AFMx<br><br>Honorable George H. Wu<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION** |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, in its entirety, with each party bearing that party's own attorney's fees and costs.

Dated: January 6, 2022

By: *George H. Wu*
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE